though the carrier failed to obtain stacking waivers when second and third vehicles were added to the policy?

**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Matthew PAVERETTE, Petitioner**

**No. 241 EAL 2016**

Supreme Court of Pennsylvania.

September 19, 2016

## ORDER

PER CURIAM

**AND NOW,** this 19th day of September, 2016, the Petition for Allowance of Appeal is **DENIED.**

### ORDER

PER CURIAM

**AND NOW,** this 19th day of September, 2016, the Petition for Allowance of Appeal is **GRANTED,** limited to Petitioner's first issue. The order of the Superior Court is **VACATED,** as issues neither raised nor preserved for appellate review are waived and may not constitute the basis for reversal of a trial court's decision. *See, e.g.,* Wiegand v. Wiegand, 337 A.2d 256 (Pa. 1975). The case is **REMANDED** to the Superior Court for determination based upon full consideration of the issues raised and preserved for appeal by Respondent.

**Roulette PRICE, Respondent**

v.

**Alan CATANZARITI, D.P.M.,**
**Petitioner**

**No. 177 WAL 2016**

Supreme Court of Pennsylvania.

September 19, 2016